UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LAKE FORD, INC., | |
| Plaintiff, | Case No. 2:24-CV-00747 |
| vs. | Hon. Brett H. Ludwig |
| FORD MOTOR COMPANY, | |
| Defendant. | |

**DEFENDANT FORD MOTOR COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSES TO PLAINTIFF'S PROPOSED FINDINGS OF ADDITIONAL FACT IN OPPOSITION TO FORD'S MOTION FOR SUMMARY JUDGMENT UNDER RESTRICTION**

Pursuant to the Protective Order, ECF No. 29, Local Rule 79(d), and Federal Rule of Civil Procedure 5.2(e), Defendant Ford Motor Company ("Ford"), by and through its undersigned counsel, respectfully requests that the Court grant Ford leave to file under restriction Ford's soon to be filed Responses to Plaintiff's Proposed Findings of Additional Fact in Opposition to Ford's Motion for Summary Judgment. Ford states the following in support of this motion:

1. Plaintiff's proposed findings of additional fact to which Ford cites was filed under seal. Ford's response to Plaintiff's proposed findings of additional fact necessarily contains responses that are also highly sensitive, confidential, and proprietary business, commercial, and financial information, which the parties have designated as "Confidential Information" pursuant to the Protective Order in this matter. For example, communications to dealers regarding the subject EV programs, PowerPoint presentations for meetings, segments of depositions, letters submitted to dealers, design highlights, the Dealer Playbook, and revenue charts are cited and

1

referenced within the document. Ford and its dealers maintain the confidentiality of these documents to protect certain information from other vehicle manufacturers, other dealers, or to protect customer information.

2. Good cause exists to file these responses under restriction. Although there is a presumption of openness in court proceedings, the right of the public to access judicial records is not absolute. *See, e.g., Globe Newspaper Co. v. Superior Court for the County of Norfolk*, 457 U.S. 596, 598 (1982). The presumption that court filings are open to the public can be overridden, for example by interests of privacy or confidentiality. *See, e.g., GEA Group AG v. Flex-N-Gate Corp.*, 740 F.3d 411, 419–20 (7th Cir. 2014); *3M Co. v. Cont'l Diamond Tool Corp.*, No. 1:21-CV-274-TLS, 2025 WL 1724414, at *6 (N.D. Ind. June 20, 2025); *Liberty Mut. Ins. Co. v. OPE USIC Holdings, Inc*., No. 1:22-CV-01259-JRS-TAB, 2024 WL 4700066, at *2 (S.D. Ind. Feb. 21, 2024) (finding good cause to maintain exhibits under seal where the documents "contain sensitive, proprietary business information, and redaction would not suffice"). Moreover, under Federal Rule of Civil Procedure 5.2(e), the Court may, for good cause, restrict access to court filings.

3. Ford's request that the Court permit it to file its response to Plaintiff's proposed findings of additional fact under restriction is appropriate in these circumstances, given that these responses contain highly sensitive and confidential information. Moreover, the effect of the restriction is limited, as Ford's summary judgment brief and reply will be public in their entirety. The public therefore will have a good understanding of all factual issues involved. And where it is not necessary to file under restriction, Ford has not done so.

4. Ford met and conferred with Plaintiff Lake Ford, Inc. ("Lake") in good faith regarding the relief requested in this motion on March 5, 2026, and Lake confirmed that it does not oppose the motion.

**WHEREFORE**, for the foregoing reasons, Ford respectfully requests that the Court grant this motion and grant Ford leave to file, under restriction, Ford's Responses to Plaintiff's Proposed Findings of Additional Fact in Opposition to Defendant's Motion for Summary Judgment, and grant all other relief that this Court deems just and proper.

Dated: March 5, 2026

Respectfully submitted,

*/s/ Robert Hugh Ellis*
Robert Hugh Ellis (WI: 1057332)
James P. Feeney
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
248-703-0718
rellis@dykema.com
jfeeney@dykema.com

Amy Vandamme (1029784)
111 E Kilbourn Ave, Suite 1050
Milwaukee, WI 53202
414-488-7345
avandamme@dykema.com

Louis S. Chronowski
BARRACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
312-629-5155
louis.chronowski@bfkn.com

**ATTORNEYS FOR DEFENDANT FORD MOTOR COMPANY**